NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
LISA C. CARTIER GIROUX
Nevada Bar No. 14040
Email: Lisa.Cartier-Giroux@usdoj.gov
KIMBERLY SOKOLICH
Email: Kimberly.Sokolich@usdoj.gov
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| United States Of America, | ) | Case No. 2:20-mj-657-DJA |
| Plaintiff, | ) | **ORDER** **To Continue Preliminary Hearing** |
| vs. | ) | (First Request) |
| JEANETTE WALLACE, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A Trutanich, United States Attorney; Lisa Cartier Giroux, Assistant United States Attorney; Kimberly Sokolich, Assistant United States Attorney, representing the United States of America and Paul Riddle, Esq., counsel for defendant Jeanette Wallace, that the preliminary hearing in the above captioned case, which is currently scheduled for August 25, 2020 at 4:00pm, be continued and reset to a date and time convenient to the Court, but no sooner than sixty (60) days.

1.  On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04 (collectively with General Order 2020-

1

1  03, "the General Orders"), which noted that "the COVID-19 pandemic has continued to
2  spread," resulting in the need for "more aggressive social-distancing measures." The Court
3  noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the
4  closure of many business establishments and strongly encouraged all citizens to stay home."
5  Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented
6  other changes, including "striving to eliminate in-person court appearances." In the event
7  any hearing must go forward, the Court will conduct the hearing via video or teleconference.
8  On April 29, 2020, the Court amended this order, Amended General Order 2020-04,
9  continuing the closure of the clerk's office and notes future plans to "incrementally resume
10 in-person court appearances as appropriate based on recommended health guidelines."
11 Amended General Order 2020-04 is effective until further notice.

12      2.    Accordingly, based on the public health emergency brought about by the
13 COVID-2019 pandemic, and the required social-distancing measures as recognized in the
14 General Orders; the parties agree to continue the currently scheduled preliminary hearing
15 from August 25, 2020 at 4:00pm to a date and time convenient to the Court, but no sooner
16 than sixty (60) days.

17      3.    Federal Rule of Criminal Procedure 5.1(d) provides that a magistrate judge
18 may extend the time limits in Rule 5.1(c) with the defendant's consent and upon a showing
19 of good cause taking into account the public interest in the prompt disposition of criminal
20 cases. Because of the COVID-19 pandemic, and the resulting various closures and resource
21 limitations, good cause exists to allow the defense more time to prepare for the preliminary
22 hearing.

23      4.    The time from August 25, 2020, to the new preliminary hearing date will be
24 excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A),

2

which provides that the Court may exclude time arising from a continuance upon finding that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial.

5. Additionally, the government will provide counsel for the defendant with limited Rule 16 Discovery in order to facilitate a pre-indictment resolution. Counsel for the defendant requests an opportunity to review the discovery and discuss it with their respective client prior to a preliminary hearing or indictment.

6. This continuance is not sought for purposes of delay, but to account for the necessary social-distancing in light of the COVID-2019 public health emergency and to allow defense counsel an opportunity to review discovery with their client.

7. Both counsel for the defendant and counsel for the government agree to the continuance.

8. The defendant is not detained and agrees to the continuance.

9. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

…

…

…

3

10. The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

11. This is the first request to continue the preliminary hearing.

DATED this __21__ day of August, 2020.

NICHOLAS A. TRUTANICH  
United States Attorney

*/s/ Lisa C. Cartier Giroux*  
LISA C. CARTIER GIROUX  
Assistant United States Attorney

*/s/ Kimberly Sokolich*  
KIMBERLY SOKOLICH  
Assistant United States Attorney

*/s/ Paul Riddle*  
PAUL RIDDLE  
Counsel for Defendant  
Jeanette Wallace

4

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| United States Of America, | Case No. 2:20-mj-657-DJA |
| Plaintiff, | **Findings and Order on Stipulation** |
| vs. | |
| JEANETTE WALLACE, | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. To account for the necessary social-distancing in light of the COVID-2019 public health emergency and with the defendants' consent, the preliminary hearing in this case should be continued for good cause.

2. The government will provide counsel for defendant with limited Rule 16 Discovery in order to facilitate a pre-indictment resolution. Counsel for defendant requests an opportunity to review the discovery and discuss it with their client prior to a preliminary hearing or indictment.

3. Both counsel for the defendant and counsel for the government agree to the continuance.

4. The defendant is not detained and agrees to the continuance.

5. This continuance is not sought for purposes of delay, but to allow defense counsel an opportunity to review discovery with their client prior to a preliminary hearing or indictment.

6. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

7. The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matters currently scheduled for August 25, 2020, at 4:00 p.m., be vacated and continued to October 26, 2020, at 4:00 p.m. in Courtroom 3A.

DATED this 24th day of August, 2020.

_____
THE HONORABLE DANIEL J. ALBREGTS
United States Magistrate Judge