NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LISA CARTIER-GIROUX
Lisa.Cartier-Giroux@usdoj.gov
KIMBERLY SOKOLICH
Kimberly.Sokolich@usdoj.gov
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336

*Attorneys for Plaintiff*
*The United States of America*

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

         OCT 2 1 2020

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr- *289* |
| Plaintiff, | **CRIMINAL INDICTMENT** |
| vs. | **VIOLATION:** |
| JEANETTE RENEE WALLACE, | 18 U.S.C. §§ 1361 and 2 – Depredation Against Property of the United States |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about May 30, 2020, in the State and Federal District of Nevada,

### JEANETTE RENEE WALLACE,

defendant herein, willfully and by means of kicking and throwing rocks, paint, and other

objects, did injure and commit a depredation against property of the United States and of

any department or agency thereof, and property which had been manufactured and

constructed for the United States, and any department or agency thereof, specifically, the

Foley Federal Building, 300 South Las Vegas Boulevard, Las Vegas, Nevada 89101, and

the resulting damage was over one thousand dollars ($1000.00), all in violation of Title 18,

United States Code, Sections 1361 and 2.

**DATED:** this 21st day of October, 2020.

**A TRUE BILL:**


/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney


LISA CARTIER-GIROUX
KIMBERLY SOKOLICH
Assistant United States Attorneys