CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
KIMBERLY A. SOKOLICH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kimberly.Sokolich@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEANETTE RENEE WALLACE,<br><br>Defendant. | Case No. 2:20-cr-00289-RFB-VCF<br><br>**STIPULATION FOR PRE-SENTENCE PAYMENT TOWARD RESTITUTION** |

The parties, pursuant to 28 U.S.C. §§ 2041-2042, hereby stipulate to the pre-sentence deposit of funds to be withdrawn and applied toward Defendant Jeanette Renee Wallace's restitution amount in this matter at the time judgment is entered. The stipulation is based on the following:

1. On October 21, 2020, Defendant Jeanette Renee Wallace ("Wallace") was indicted on one count of depredation against property of the United States in violation of 18 U.S.C. § 1361 and 2. ECF No. 14.

2. On November 3, 2021, pursuant to a written plea, Wallace pled guilty to one count of depredation against property of the United States in violation of 18 U.S.C. § 1361 and 2. ECF No. 37, 38.

3. Pursuant to the Plea Agreement, Wallace agreed to "voluntarily release funds and property under defendant's control or in which defendant has any property interest, before and after sentencing, to pay any fine or restitution identified in this agreement, agreed to by the parties, or ordered by the Court." ECF No. 37 at 3. Wallace further agreed to "make a payment at or before the time of entry of plea in the amount in the amount of $6,000." ECF No. 37 at 5.

4. The parties have conferred and hereby stipulate to the pre-sentence deposit of restitution funds with the Clerk of Court, to be held until the Judgment is entered in this matter by the Court.

5. The parties seek an order directing the Clerk of Court to accept Wallace's pre-sentence payments for restitution. Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of Wallace until the time of sentencing, which is currently scheduled for February 1, 2022. Further, pursuant to 28 U.S.C. § 2042, the parties request an order that upon the entry of a criminal judgment in this case, the Clerk of Court is to withdraw and apply the deposited funds to the criminal financial obligations, including restitution, imposed against Wallace in the sequence established in 18 U.S.C. § 3612(c).

6. Wallace may submit payment by cash, cashier's check, or money order made payable to "Clerk, U.S. District Court" with "2:20-cr-00289-RFB-VCF" noted on each payment mailed or delivered to:

> Clerk of the Court, District of Nevada
> 333 Las Vegas Boulevard, South
> Room 1334
> Las Vegas, Nevada 89101

1  WHEREFORE, the parties stipulate for an order directing the Clerk of Court to accept pre-sentence payments to be held on deposit until judgment is entered, and thereafter applied toward the criminal monetary penalties, including restitution, imposed in this matter as provided by law and in accordance with the Clerk's standard operating procedures.

Respectfully submitted this 5th day of November 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Kimberl A. Sokolich
KIMBERLY A. SOKOLICH
Assistant United States Attorney


CHRISTOPHER L. GRASSO
Attorney for Defendant JEANETTE RENEE WALLACE

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATE: November 10, 2021.