CHRISTOPHER L L. GRASSO, ESQ.
Nevada Bar No. 13689
**CHRISTOPHER L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 302-4449
F: (702) 868-5778
E: chris@chrisgrassolaw.com
Attorney for WALLACE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEANETTE WALLACE,

Defendant.

Case No.: 2:20-cr-00289-RFB-VCF

STIPULATION TO CONTINUE SENTENCING DATE

(FIRST REQUEST)

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and Kimberly Sokolich, Assistant United States Attorney, counsel for the United States of America, and Gabriel L. Grasso, Esq, counsel for JEANETTE WALLACE (WALLACE), that the sentencing hearing currently scheduled for February 1, 2022, at 1:00 pm., be vacated and continued to a date and time convenient to this court, but no event earlier than FOURTEEN (14) days.

Pursuant to General Order No. 2007-04, this stipulation is entered and based upon the following:

1. WALLACE is on pretrial release and does not oppose this continuance.
2. The parties agree to the continuance.
3. Although WALLACE is now prepared to submit the restitution in this case, this stipulation is being entered into to accommodate defense counsel, who is requesting more time to prepare for sentencing.
4. Denial of this request for continuance would deny the defense sufficient time to be able to assist in defendant’s sentencing and file a Sentencing Memorandum with the court.

///

5. This is the first request for a continuance of the sentencing date in this case.

DATED this 21st day of January, 2022.

RESPECTFULLY SUBMITTED BY:

__*/s/ Kimberly Sokolich*________
KIMBERLY SOKOLICH
Assistant United States Attorney

_*/s/ Christopher L. Grasso*
CHRISTOPHER L. GRASSO
Attorney for WALLACE

CHRISTOPHER L L. GRASSO, ESQ.
Nevada Bar No. 13689
**CHRISTOPHER L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 302-4449
F: (702) 868-5778
E: chris@chrisgrassolaw.com
Attorney for WALLACE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEANETTE WALLACE,<br><br>Defendant. | Case No.: 2:20-cr-00289-RFB-VCF<br><br>STIPULATION TO CONTINUE SENTENCING DATE<br><br>(FIRST REQUEST) |

**FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. Defense counsel has requested more time to prepare for the sentencing date.
2. WALLACE is on pretrial release and does not oppose the continuance.

**CONCLUSIONS OF LAW**

3. Denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

**IT IS ORDERED** that the sentencing hearing currently scheduled for February 1, 2022, at 1:00 p.m., be vacated and continued to February 15, , 2022, at the hour of 11:00 AM by videoconference.

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: January 31, 2022